# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CV 551

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., as Broadcast Licensee of the August 9, 2008 UFC #87 Program, ) ) ) ) | |
| Plaintiff ) ) | |
| V ) ) | **ORDER** |
| LARRY COLEMAN FITCH a/k/a COLEMAN LARRY FITCH, et al, ) ) ) | |
| Defendants ) | |

**THIS MATTER** is before the court on Allan P. Root's Application for Admission to Practice *Pro Hac Vice* of Julie Cohen Lonstein. It appearing that Julie Cohen Lonstein is a member in good standing with the New York Bar and will be appearing with Allan P. Root, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Allan P. Root's Application for Admission to Practice *Pro Hac Vice* (#2) of Julie Cohen Lonstein is **GRANTED**, and that Julie Cohen Lonstein is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Allan P. Root.

Signed: December 31, 2008

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge